IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR, STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, DONALD WOODARD | § § § § § § | CIVIL ACTION NO. 4:08-CV-03370  JURY TRIAL DEMANDED |
| *Plaintiffs* | | |
| V. | § § | |
| COIL TUBING SERVICES, L.L.C. | § § § | |
| *Defendant* | | |

## CONSENT TO FILE FAIR LABOR STANDARDS ACT LAWSUIT

I, _Isiah Williams Jr_, hereby give my consent to sue for my legal claims under the Fair Labor Standards Act and the Texas Labor Code for unpaid wages and overtime wages while I was employed as a Service Technician for Coil Tubing Services, L.L.C.

_____
Signature

_11/26/08_
Date

Respectfully submitted,

By:_____
CLARK WOODSON III
601 East Myrtle
Angleton, Texas 77515
(979) 849-6080 Telephone
(979) 849-7070 Facsimile
State Bar No. 00794880
S.D. Bar No. 21481
**Attorney for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR, STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, DONALD WOODARD | § § § § § § | CIVIL ACTION NO. 4:08-CV-03370  JURY TRIAL DEMANDED |
| *Plaintiffs* | | |
| V. | § § | |
| COIL TUBING SERVICES, L.L.C. | § § § | |
| *Defendant* | | |

## CONSENT TO FILE FAIR LABOR STANDARDS ACT LAWSUIT

I, __Mike Martinez__, hereby give my consent to sue for my legal claims under the Fair Labor Standards Act and the Texas Labor Code for unpaid wages and overtime wages while I was employed as a Service Technician for Coil Tubing Services, L.L.C.

_____
Signature

12-4-08
Date

Respectfully submitted,

By: _____
CLARK WOODSON III
601 East Myrtle
Angleton, Texas 77515
(979) 849-6080 Telephone
(979) 849-7070 Facsimile
State Bar No. 00794880
S.D. Bar No. 21481
**Attorney for Plaintiffs**