## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR, STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, DONALD WOODARD | § § § § § § | CIVIL ACTION NO. 4:08-CV-03370<br><br>JURY TRIAL DEMANDED |
| *Plaintiffs* | | |
| V. | § § | |
| COIL TUBING SERVICES, L.L.C. | § § | |
| *Defendant* | § § | |

### CONSENT TO FILE FAIR LABOR STANDARDS ACT LAWSUIT

I, *Lathon Hernandez* hereby give my consent to sue for my legal claims under the Fair Labor Standards Act and the Texas Labor Code for unpaid wages and overtime wages while I was employed as a Service Technician for Coil Tubing Services, L.L.C.

_____
Signature

12/10/08
Date

Respectfully submitted,

By: _____
CLARK WOODSON III
601 East Myrtle
Angleton, Texas 77515
(979) 849-6080 Telephone
(979) 849-7070 Facsimile
State Bar No. 00794880
S.D. Bar No. 21481
**Attorney for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS,   §    CIVIL ACTION
SR., ODELL GODFREY, JEROME JOHNSON, MARK S.   §    NO. 4:08-CV-03370
LAFLEUR, STEPHEN TANKERSLY, ROBERT L. SMITH,   §
DUSTIN SNELL, MICHAEL SPEARS, DONALD   §    JURY TRIAL
WOODARD   §    DEMANDED
                                               *Plaintiffs*   §

V.   §
  §
COIL TUBING SERVICES, L.L.C.   §
                             *Defendant*   §
  §

## CONSENT TO FILE FAIR LABOR STANDARDS ACT LAWSUIT

I, _C.S. Morse_, hereby give my consent to sue for my legal claims under the Fair Labor Standards Act and the Texas Labor Code for unpaid wages and overtime wages while I was employed as a Service Technician for Coil Tubing Services, L.L.C.

_[signature]_
Signature

_12.10.2005_
Date

Respectfully submitted,

By: _____
CLARK WOODSON III
601 East Myrtle
Angleton, Texas 77515
(979) 849-6080 Telephone
(979) 849-7070 Facsimile
State Bar No. 00794880
S.D. Bar No. 21481
**Attorney for Plaintiffs**

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR, STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, DONALD WOODARD | § CIVIL ACTION<br>§ NO. 4:08-CV-03370<br>§<br>§ JURY TRIAL<br>§ DEMANDED |
| *Plaintiffs* | |
| V. | § |
| | § |
| COIL TUBING SERVICES, L.L.C. | § |
| *Defendant* | § |
| | § |

**CONSENT TO FILE FAIR LABOR STANDARDS ACT LAWSUIT**

I, _Jose O Tristan_ , hereby give my consent to sue for my legal claims under the Fair Labor Standards Act and the Texas Labor Code for unpaid wages and overtime wages while I was employed as a Service Technician for Coil Tubing Services, L.L.C.

_____
Signature

_12/09/08_
Date

Respectfully submitted,

By: _____
CLARK WOODSON III
601 East Myrtle
Angleton, Texas 77515
(979) 849-6080 Telephone
(979) 849-7070 Facsimile
State Bar No. 00794880
S.D. Bar No. 21481
**Attorney for Plaintiffs**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR, STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, DONALD WOODARD | § CIVIL ACTION<br>§ NO. 4:08-CV-03370<br>§<br>§ JURY TRIAL<br>§ DEMANDED |
| *Plaintiffs* | § |
| V. | §<br>§ |
| COIL TUBING SERVICES, L.L.C. | §<br>§ |
| *Defendant* | §<br>§ |

## CONSENT TO FILE FAIR LABOR STANDARDS ACT LAWSUIT

I, *MARIO HERNANDEZ*, hereby give my consent to sue for my legal claims under the Fair Labor Standards Act and the Texas Labor Code for unpaid wages and overtime wages while I was employed as a Service Technician for Coil Tubing Services, L.L.C.

*Mario Hernandez*
Signature

*12-9-08*
Date

Respectfully submitted,

By: _____
CLARK WOODSON III
601 East Myrtle
Angleton, Texas 77515
(979) 849-6080 Telephone
(979) 849-7070 Facsimile
State Bar No. 00794880
S.D. Bar No. 21481
**Attorney for Plaintiffs**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR, STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, DONALD WOODARD | § CIVIL ACTION §  NO. 4:08-CV-03370 § § JURY TRIAL §  DEMANDED |
| *Plaintiffs* | § |
| V. | § § |
| COIL TUBING SERVICES, L.L.C. | § § |
| *Defendant* | § § |

## CONSENT TO FILE FAIR LABOR STANDARDS ACT LAWSUIT

I, _Montana Cook_, hereby give my consent to sue for my legal claims under the Fair Labor Standards Act and the Texas Labor Code for unpaid wages and overtime wages while I was employed as a Service Technician for Coil Tubing Services, L.L.C.

_____
Signature

_12 - 09 - 08_
Date

Respectfully submitted,

By: _____
CLARK WOODSON III
601 East Myrtle
Angleton, Texas 77515
(979) 849-6080 Telephone
(979) 849-7070 Facsimile
State Bar No. 00794880
S.D. Bar No. 21481
**Attorney for Plaintiffs**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR, STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, DONALD WOODARD    *Plaintiffs* | § CIVIL ACTION<br>§ NO. 4:08-CV-03370<br>§<br>§ JURY TRIAL<br>§ DEMANDED<br>§ |
| V. | § |
| COIL TUBING SERVICES, L.L.C.    *Defendant* | §<br>§<br>§<br>§<br>§ |

## CONSENT TO FILE FAIR LABOR STANDARDS ACT LAWSUIT

I, _Tony Davis_, hereby give my consent to sue for my legal claims under the Fair Labor Standards Act and the Texas Labor Code for unpaid wages and overtime wages while I was employed as a Service Technician for Coil Tubing Services, L.L.C.

_(signature)_
Signature

_12-10-08_
Date

Respectfully submitted,

By: _(signature)_
CLARK WOODSON III
601 East Myrtle
Angleton, Texas 77515
(979) 849-6080 Telephone
(979) 849-7070 Facsimile
State Bar No. 00794880
S.D. Bar No. 21481
**Attorney for Plaintiffs**