UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, AND DONALD WOODARD | Civil Action No. 08-03370<br>cc 09-3500<br><br>Judge Nancy Atlas |

Plaintiffs

v.

COIL TUBING SERVICES, L.L.C.

Defendant

### **FINAL JUDGMENT**

Upon a review of the pleadings and the applicable law, and because the Court has determined there is no just reason for delay, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiffs Mark Biggs and William Griffin shall take nothing from Defendant Coil Tubing Services, L.L.C., and this action is dismissed, with prejudice, as to Plaintiffs Mark Biggs and William Griffin only, with each party bearing its own costs and attorney's fees.  This is a final judgment with respect to Mark Biggs and William Griffin, and affects no other Plaintiff herein.  All relief not expressly granted is denied.

Houston, Texas this 12th day of May, 2010.

*[Signature]*

Nancy F. Atlas
United States District Judge

1387778.1/006625.000031