IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD ALLEN, et al.<br>*Plaintiffs*<br>v.<br><br>COIL TUBING SERVICES, L.L.C.<br>*Defendant* | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br>4:08-CV-03370<br><br><br>JURY TRIAL DEMANDED |

## FINAL JUDGMENT

Upon review of the pleadings and the applicable law, and because the Court has determined there is no just reason for delay, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiffs Mario Hernandez and Randy Huffman shall take nothing from Defendant Coil Tubing Services, L.L.C., and this action is dismissed, with prejudice, as to Plaintiffs Mario Hernandez and Randy Huffman only, with each party bearing its own costs and attorney's fees. This is a final judgment with respect to Mario Hernandez and Randy Huffman, and affects no other Plaintiff herein. All relief not expressly granted is denied.

Signed this 18th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE NANCY ATLAS