UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, AND DONALD WOODARD, <br><br>Plaintiffs, <br>v. <br><br>COIL TUBING SERVICES, L.L.C., <br><br>Defendant, | § § § § § § § § § § § § § § § | Civil Action No. 08-03370 <br>cc 09-3500 <br><br>Judge Nancy Atlas |

## AGREED FINAL JUDGMENT

Pursuant to the Agreed Stipulation of Dismissal, the Court ORDERS:

1. This is a final judgment dismissing Plaintiffs' claims, with prejudice, against Defendants Jerry Ritter and Houston Frazier; and

2. The Plaintiffs, Ritter, and Frazier will bear their own costs of this action and their own attorney's fees.

All relief not expressly granted is denied. The Clerk will file this Agreed Final Judgment and will provide all parties with a true copy.

SIGNED this  18  day of   May   2010.

_____
Nancy F. Atlas
United States District Judge