IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD ALLEN, *et al.*, | § | CIVIL ACTION NO. |
| *Plaintiffs* | § | 4:08-CV-03370 |
| v. | § | |
| | § | |
| COIL TUBING SERVICES, L.L.C. | § | JURY TRIAL DEMANDED |
| *Defendant* | § | |

## JUDGMENT

Came on for consideration the parties' agreed motion to dismiss all claims by plaintiff Terry Strickland against defendant Coil Tubing Services, L.L.C. Upon review of the pleadings and the applicable law, the Court has determined to grant the motion.

It is hereby ordered, adjudged, and decreed that plaintiff Terry Strickland shall take nothing from defendant Coil Tubing Services, L.L.C., and that this action is dismissed with prejudice as to the claims of plaintiff Terry Strickland only, with each party bearing its own costs and attorney's fees. This is a final judgment with respect to plaintiff Terry Strickland and affects no other plaintiffs herein. All relief not expressly granted is denied.

Signed this 12th day of October, 2010.

Nancy F. Atlas
United States District Judge