IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DONALD ALLEN, *et al.*, | § | CIVIL ACTION NO. |
| *Plaintiffs* | § | 4:08-CV-03370 |
| v. | § | |
| | § | |
| COIL TUBING SERVICES, L.L.C. | § | JURY TRIAL DEMANDED |
| *Defendant* | § | |

## JUDGMENT

Came on for consideration plaintiffs' motion to dismiss all claims by plaintiffs Stanley Rech, Matthew Reeves, Jason Robicheaux, Harold Roussell, and Howard Short against defendant Coil Tubing Services, L.L.C. Upon a review of the pleadings and the applicable law, the Court has determined to grant the motion.

It is hereby ordered, adjudged, and decreed that plaintiffs' motion to dismiss without prejudice is granted.

It is further ordered, adjudged, and decreed that plaintiffs Stanley Rech, Matthew Reeves, Jason Robicheaux, Harold Roussell, and Howard Short take nothing from defendant Coil Tubing Services, L.L.C., and that each party bear its own costs and attorney's fees. This is a final judgment with respect to plaintiffs Stanley Rech, Matthew Reeves, Jason Robicheaux, Harold Roussell, and Howard Short only and affects no other plaintiffs herein. All relief not expressly granted is denied.

Signed this 20th day of October, 2010.

_____
Nancy F. Atlas
United States District Judge