UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, AND DONALD WOODARD | Civil Action No. 08-03370 cc 09-3500 Judge Nancy Atlas |
| Plaintiffs | |
| v. | |
| COIL TUBING SERVICES, L.L.C. | |
| Defendant | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS'
REQUEST FOR PERMISSION TO FILE AN INTERLOCUTORY APPEAL**

Defendant Coil Tubing Services, L.L.C. (hereinafter "Defendant" or "CTS"), hereby files this Response to Plaintiffs' Request for Permission to File an Interlocutory Appeal, stating as follows:

**I.      BACKGROUND**

On January 11, 2012, this Court issued its revised Memorandum and Order on the parties' Motions for Summary Judgment. [Document 300]. Therein, the Court granted relief to Defendant on certain issues and denied relief to both parties on other issues. Footnote 78 of the Court's opinion states: "The Court recognizes that its rulings involve controlling questions of law as to which there is substantial ground for difference of opinion. Consequently, the Court would entertain requests for an interlocutory appeal, pursuant to 28 U.S.C. § 1292(b)." [Document 300].

On January 12, 2012, Plaintiffs informed Defendant of their intent to file a motion requesting permission to file an interlocutory appeal and asked if Defendant would oppose their motion. In response, Defendant explained that to provide an effective response, it would need to see the issues that Plaintiffs intend to appeal. On January 16, 2012, relying on footnote 78, Plaintiffs filed their Request for Permission to File an Interlocutory Appeal but did not identify any specific issues that they seek to have reviewed on appeal or explain how the review of any such issues would materially advance the ultimate termination of this litigation.

## II. DISCUSSION

Pursuant to 28 U.S.C. § 1292(b):

> When a district judge, in making in a civil action an order not otherwise appealable under this section, shall be of the opinion that such order involves a controlling question of law as to which there is substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation, he shall so state in writing in such order.

Defendant acknowledges that this Court's January 11, 2012, Order recognizes controlling questions of law as to which there is substantial ground for difference of opinion.[1] However, the Court's Order involved numerous legal issues and there has been no identification by Plaintiffs in their Request which specific legal issue(s) they intend to seek to have reviewed. Consequently, Defendant finds it impossible to state a position on

---

[1] Defendant notes that the Court's order does not state that an immediate appeal from that order may materially advance the ultimate termination of the litigation. Thus, the third prerequisite which would allow a litigant to seek a permissive appeal has not been satisfied.

2

Plaintiffs' Request. Generally, Defendant suggests that there is no issue of law that it can identify that Plaintiffs may wish to have addressed on appeal that would materially advance the ultimate termination of this litigation.

### III. CONCLUSION

For the reasons stated herein, Defendant respectfully states that it is unable to state whether it opposes Plaintiffs' Request for Permission to File an Interlocutory Appeal.

Respectfully submitted,

/s/ Christopher E. Moore
Christopher E. Moore, Esq. (Attorney-in-Charge)
TX State Bar No. 24052778
SDTX Admission No. 713063
Christine M. White, Esq.
TX Bar No. 24068713
SDTX Admission No. 712655
Andrew P. Burnside, Esq.
TX State Bar No. 24061200
SDTX Admission No. 924772
Erin R. Wedge, Esq.
SDTX Admission No. 1002780
Coats | Rose
One Canal Place
365 Canal Street, Suite 800
New Orleans, Louisiana 70130
Telephone: (504) 299-3070
Facsimile: (504) 299-3071

Attorneys for Defendant Coil Tubing Services, L.L.C.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on the following counsel of record via the Court's Electronic Filing/Notification System:

| | |
|---|---|
| Clark Woodson, III, Esq. | Randall Owen Sorrels, Esq. |
| 601 E. Myrtle | Clyde J. Jackson, III, Esq. |
| Angleton, TX 77515 | Abraham, Watkins, Nichols, Sorrels, |
| Facsimile: (979) 849-7070 |     Agosto & Friend |
| E-mail: clark@woodsonlaborlaw.com | 800 Commerce Street |
| | Houston, TX 77002 |
| | E-Mail: rsorrels@abrahamwatkins.com |
| | jjackson@abrahamwatkins.com |

This 27th day of January, 2012.

                                              /s/ Christopher E. Moore

1697837.1/006625.000031