UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, AND DONALD WOODARD | Civil Action No. 08-03370 cc 09-3500 Judge Nancy Atlas |

                              Plaintiffs

v.

COIL TUBING SERVICES, L.L.C.

                              Defendant

## DEFENDANT'S STATUS REPORT

Pursuant to this Court's January 30, 2012, Order [Document 304], Defendant Coil Tubing Services, L.L.C. (hereinafter "Defendant" or "CTS"), hereby files this Status Report stating as follows:

1. On February 8, 2013, a panel of the Fifth Circuit Court of Appeals heard oral argument on Plaintiffs/Appellants' appeal.

2. The parties are awaiting a decision from the Fifth Circuit.

Respectfully submitted,

/s/ Christine M. White
Christopher E. Moore, Esq. (Attorney-in-Charge)
TX State Bar No.  24052778
SDTX Admission No.  713063
Christine M. White, Esq.
TX State Bar No. 24068713
SDTX Admission No.  712655
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
One Shell Square
701 Poydras Street, Suite 3500
New Orleans, Louisiana  70139
Telephone:  (504) 648-3840
Facsimile:  (504) 648-3859

Attorneys for Defendant Coil Tubing Services, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Status Report has been served on the following counsel of record via the Court's Electronic Filing/Notification System:

Clark Woodson, III, Esq.
601 E. Myrtle
Angleton, TX  77515
Facsimile: (979) 849-7070
E-mail: clark@woodsonlaborlaw.com

Randall Owen Sorrels, Esq.
Clyde J. Jackson, III, Esq.
Abraham, Watkins, Nichols, Sorrels,
    Agosto & Friend
800 Commerce Street
Houston, TX 77002
E-Mail: rsorrels@abrahamwatkins.com
jjackson@abrahamwatkins.com

This 8th day of May, 2014.

/s/ Christine M. White

16660711.1