UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DONALD ALLEN, JAVIER BAUTISTA, ADAM D. CREWS, SR., ODELL GODFREY, JEROME JOHNSON, MARK S. LAFLEUR STEPHEN TANKERSLY, ROBERT L. SMITH, DUSTIN SNELL, MICHAEL SPEARS, AND DONALD WOODARD | Civil Action No. 08-03370 c/w 09-3500 and 13-00136 Judge Nancy Atlas |

Plaintiffs

v.

COIL TUBING SERVICES, L.L.C.
Defendant

## DOCKET CONTROL ORDER

Anticipated Length of Trial: 2 wks (estimate only)     Jury: X____   Non-Jury:_____

The disposition of this case will be controlled by the following schedule:

1. (a) **NEW PARTIES** shall be joined by:                                                    January 3, 2015
   The attorney causing the addition of new parties
   must provide copies of this Order to new parties.

   (b) **AMENDMENTS to PLEADINGS** by Plaintiff                                      January 30, 2015
   or Counter-Plaintiff shall be filed by:
   **(Absent parties' agreement or court approval,
   answers** may not be amended more than 21 days
   after this date. **Answers to amended claims and
   counterclaims** are due 21 days after amended claims
   or counterclaims are filed.)

2. **EXPERT WITNESSES for
   PLAINTIFF/COUNTER-PLAINTIFF** shall be                                              ~~May~~ ~~March~~ 1, 2015
   identified by a report listing the qualifications of
   each expert, each opinion the expert will present, and
   the basis for each opinion. DUE DATE:

3. **EXPERT WITNESSES for DEFENDANT/COUNTER-DEFENDANT** shall be identified by a report listing the qualifications of each expert, each opinion the expert will present, and the basis for each opinion. DUE DATE:

~~July~~ ~~August~~ CEM
~~May~~ 1, 2015

4. **DISCOVERY** must be completed by: Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

November 1, 2015

5. **MEDIATION/ADR:**
   ✓ Required; ____ Strongly suggested
   ____ Parties' Option
   **ADR TO BE COMPLETED by:**

January ~~23~~, 2016

6. **DISPOSITIVE MOTIONS** will be filed by:

December 1, 2015

7. **ALL OTHER PRETRIAL MOTIONS** (including *Daubert/Kumho* motions, but *not* including other motions in limine) will be filed by: (Typically this date will match ¶ 6.)

December 1, 2015

8. **JOINT PRETRIAL ORDER** will be filed by: Plaintiff is responsible for timely filing the complete Joint Pretrial Order in the form set forth in the published Court's Procedures.

March 31, 2016

9. **DOCKET CALL** is held in Courtroom 9-F, starting at 3:00 p.m. on the date listed here. (The Court will set this date.)
Absent parties' agreement, no documents filed within 5 days before the Docket Call will be considered at Docket Call without prior permission of the Court to late file.

April 11, 2016

2

Oct. 14, 2014
Date

NANCY F. ATLAS
UNITED STATES DISTRICT JUDGE

**APPROVAL REQUESTED:**

/s/Clyde J. Jackson, III
Counsel for Plaintiffs

10/10/14
Date

/s/Christine M. White
Counsel for Defendants

10/10/14
Date

.1

19169476.1

3